IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA, )
)
vs. )
) CR 6-270
JASON DAVIS, )
)
Defendant. )

ORDER

AND NOW, this _____ day of _____, 2008,

IT IS HEREBY ORDERED that the sentence imposed on October 12, 2007

in the above captioned cases shall be amended to reflect a **total term of imprisonment of**

**Time Served and the defendant shall be released forthwith .**

In all other respects, the sentence stands as originally imposed.

Donetta W. Ambrose
Chief United States District Judge

cc:     All Counsel of Record
        US Marshal
        US Probation
        Bureau of Prison